## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**ALFRED DEAL (#96506)**

**VERSUS**

**DARREL VANNOY**

**CIVIL ACTION**

**NO. 25-557-JWD-SDJ**

## OPINION

After independently reviewing the entire record in this case, and for the reasons set forth in the Magistrate Judge's Report and Recommendation dated November 17, 2025 (Doc. 7), to objections were filed and considered (Docs. 8 and 9),

**IT IS ORDERED** that Plaintiff's claims are dismissed, with prejudice, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on December 17, 2025.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**